COURTROOM MINUTES- ORDER
JUDGE NANCY K. JOHNSON   PRESIDING
DATE: October 23, 2007
ERO:   Mindy Harrison
MORNING     10:00 - 11:00          AFTERNOON
*********************************************************************

CIVIL NO:  H-07-1122

APPEARANCES:

| | | |
|---|---|---|
| Travelers Indemnity Company, et al, | § | Charles Chejfec |
| | § | Ross Silverman |
| | § | |
| | § | |
| vs. | § | |
| | § | Peter Ferraro |
| | § | Roderick Regan |
| | § | Kevin Boyd |
| Shaffin Ali Mohamed, et al. | § | Anatole Barnstone |
| | § | Stephen Sather |
| | § | Aaron Keiter |
| | § | Michael Duncan |

*********************************************************************

DOCKET ENTRY
NKJ:  Motion Hearing

DEN #32 - Motion to Quash/Protective Order is withdrawn

DEN #37 - Motion to withdraw as attorney is granted.

DEN #38 - Motion to Compel is granted for reason stated on the record. Documents due by 11-7-07.

DEN #45 - Motion for Protective Order is denied for reasons state on the record.

DEN #49 - Joint Motion to Amend Scheduling Order is granted. Order to follow.

DEN #31 - Motion for Protective Order filed by Houston Community Hospital is reset for hearing on 11-7-07, at 10:00 a..m.

Nancy K. Johnson
United States Magistrate Judge