IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: <br> Shaffin Ali Mohamed; aka Ali <br> Mohamed, et al., <br> Debtor(s) <br><br> Travelers Indemnity Company, et al., <br> Plaintiff(s) <br> v. <br> Mohamed Shaffin Ali, et al., <br> Defendant(s) | § § § § § § § § § § § | Lead Case No. H-07-1122 <br> Judge Sim Lake <br> Magistrate Judge Nancy K. Johnson <br> (Adversary No. 06-3393) |
| In re: <br> Shaffin Ali Mohamed, et al., <br> Debtor(s) | § § § § | Member Case No. H-07-995 <br> Judge Sim Lake <br> Magistrate Judge Nancy K. Johnson <br> (formerly Case No. 05-42695-H2-11) |
| The Travelers Indemnity Company, <br> Plaintiff <br> v. <br> Shaffin Ali Mohamed, M.D., et al., <br> Defendant(s) | § § § § § § | Member Case No. 4:07-CV-00638 <br> Judge Sim Lake <br> Magistrate Judge Nancy K. Johnson |

## AGREED FINAL NON-DISCHARGEABLE JUDGMENT

It is hereby ORDERED ADJUDGED AND DECREED that Travelers Indemnity Company shall have final judgment against Debtor Shaffin Ali Mohamed in the amount of $1,000,000, which shall be nondischargeable in this and any subsequent bankruptcy case filed by, or against, Shaffin Ali Mohamed under 11 USC § 523(a)(6). For purposes of this judgment, Debtor Mohamed stipulates and agrees that all of the elements of § 523(a)(6) have been conclusively established in this matter to warrant the entry of this nondischargeable final

judgment in the amount of $1,000,000, specifically that the debt was incurred due to the willful and malicious injury by the debtor to Travelers or its property.

The Debtor further stipulates and agrees that this nondischargeable judgment shall be assigned to Khyati Undavia ("assignee") as part of a settlement agreement. The assignee shall be entitled to fully and completely enforce this nondischargeable judgment without limitation, including in this and any subsequently filed bankruptcy case by, or against, the debtor. All findings of nondischargeability of the indebtedness shall be conclusively established and agreed and stipulated to by Mohamed in favor of the assignee.

Dated: _____

_____
THE HONORABLE ~~*** ***~~
SIM LAKE

**AGREED AS TO FORM AND CONTENT:**

_____
Fields Alexander
Federal I.D. 16427
State Bar No. 00783528
BECK, REDDEN & SECREST, LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Tel: 713-951-3700
Fax: 713-951-3720
Email: falexander@brsfirm.com

*Attorney for Khyati Undavia, Minu Rx, Ltd.*
*and Minu GP, LLC*

_____
Khyati Undavia

1219.00001/366539.1

judgment in the amount of $1,000,000, specifically that the debt was incurred due to the willful and malicious injury by the debtor to Travelers or its property.

The Debtor further stipulates and agrees that this nondischargeable judgment shall be assigned to Khyati Undavia ("assignee") as part of a settlement agreement. The assignee shall be entitled to fully and completely enforce this nondischargeable judgment without limitation, including in this and any subsequently filed bankruptcy case by, or against, the debtor. All findings of nondischargeability of the indebtedness shall be conclusively established and agreed and stipulated to by Mohamed in favor of the assignee.

Dated: Aug. 14, 2008

THE HONORABLE
SIM LAKE

AGREED AS TO FORM AND CONTENT:

Fields Alexander
Federal I.D. 16427
State Bar No. 00783528
BECK, REDDEN & SECREST, LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Tel: 713-951-3700
Fax: 713-951-3720
Email: falexander@brsfirm.com

*Attorney for Khyati Undavia, Minu Rx, Ltd. and Minu GP, LLC*

Khyati Undavia

*[signature: Peter E Ferraro]*
Peter E. Ferraro, Esq.
1609 Shoal Creek, Suite 305
Austin, Texas 78701
Email: Pete@ferraro-law.com

*Attorney for Shaffin Ali Mohamed*

*[signature]*
Shaffin Ali Mohamed

---

Ross O Silverman, Esq.
Katten Munchin Rosenmann LLP
525 West Monroe Street, Suite 1300
Chicago, Illinois 60661
Tel: 312-902-5617
Fax: 312-577-8877
ross.silverman@kattenlaw.com

*Attorney for Travelers Indemnity Company*

Travelers' Indemnity Company

By: _____
Name: _____
Title: _____

12########/366539.1

Peter B. Ferraro, Esq.
1609 Shoal Creek, Suite 305
Austin, Texas 78701
Email: Pete@ferraro-law.com

*Attorney for Shaffin Ali Mohamed*

Shaffin Ali Mohamed

Ross O Silverman, Esq.
Katten Muchin Rosenmann LLP
525 West Monroe Street, Suite 1300
Chicago, Illinois 60661
Tel: 312-902-5617
Fax: 312-577-8877
ross.silverman@kattenlaw.com

*Attorney for Travelers Indemnity Company*

Travelers' Indemnity Company

By: _____
Name: STEVEN R. PIPER
Title: DIRECTOR - INVESTIGATIVE SERVICES